# UNIVED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFETY SHOT, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAPYBARA RESEARCH; IGOR APPELBOOM; ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-10728-JSR<br><br>**STIPULATION REGARDING SETTING ASIDE DEFAULT AND DISMISSAL OF ACCRETIVE CAPITAL LLC** |

PLEASE TAKE NOTICE that the undersigned counsel hereby stipulate and agree that the Clerk's Certificate of Default against Accretive Capital LLC d/b/a Benzinga ("Benzinga"), dated January 29, 2024 (ECF No. 30) be set aside and that all claims asserted against Benzinga be dismissed with prejudice and without costs.

　　　　　　　　　　　　　　　　　Stipulated and agreed,

Date:  March 13, 2024　　　　　By:  */s/ Jess Strauss*
　　　　　　　　　　　　　　　　　Jesse Strauss (4182002)
　　　　　　　　　　　　　　　　　Strauss Law PLLC
　　　　　　　　　　　　　　　　　250 W. 85th St., Apt. 11A
　　　　　　　　　　　　　　　　　New York, NY 10024
　　　　　　　　　　　　　　　　　(917) 541-8428
　　　　　　　　　　　　　　　　　jesse@strausslawpllc.com

　　　　　　　　　　　　　　　　　*Attorneys for Defendant Accretive Capital LLC d/b/a Benzinga*

　　　　　　　　　　　　　　By:  */s/ Waleed Amer*
　　　　　　　　　　　　　　　　　Waleed Amer, Esq.
　　　　　　　　　　　　　　　　　The Basile Law Firm P.C.
　　　　　　　　　　　　　　　　　390 N. Broadway, Suite 140
　　　　　　　　　　　　　　　　　Jericho, NY 11753
　　　　　　　　　　　　　　　　　(516) 455-1500
　　　　　　　　　　　　　　　　　waleed@thebasilelawfirm.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Safety Shot, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2024, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Date:  March 13, 2024                    By:  */s/ Waleed Amer*

# UNIVED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFETY SHOT, INC.,<br><br>    Plaintiff,<br>v.<br><br>CAPYBARA RESEARCH; IGOR APPELBOOM; ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>    Defendants. | Case No. 1:23-cv-10728-JSR<br><br>**ORDER SETTING ASIDE DEFAULT OF ACCRETIVE CAPITAL LLC, AND DISMISSING ACCRETIVE CAPITAL LLC WITH PREJUDICE AND WITHOUT COSTS** |

Upon stipulation of the Plaintiff and Accretive Capital LLC d/b/a Benzinga ("Benzinga"), and the Court being adequately advised in the premises:

IT IS ORDERED that the Clerk's Certificate of Default against Benzinga, dated January 29, 2024 (ECF No. 30) be and is hereby set aside;

IT IS FURTHER ORDERED that all claims asserted against Benzinga be and are hereby dismissed with prejudice and without costs.

SO ORDERED.

Date: 

                Hon. Jed S. Rakoff
              UNITED STATES DISTRICT JUDGE