**UNIVED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAFETY SHOT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPYBARA RESEARCH; IGOR APPELBOOM; ACCRETIVE CAPITAL LLC d/b/a BENZINGA, <br><br> Defendants. | Case No. 1:23-cv-10728-JSR <br><br> **STIPULATION REGARDING SETTING ASIDE DEFAULT AND DISMISSAL OF ACCRETIVE CAPITAL LLC** |

PLEASE TAKE NOTICE that the undersigned counsel hereby stipulate and agree that the Clerk's Certificate of Default against Accretive Capital LLC d/b/a Benzinga ("Benzinga"), dated January 29, 2024 (ECF No. 30) be set aside and that all claims asserted against Benzinga be dismissed with prejudice and without costs.

Date: March 14, 2024

| | |
|---|---|
| **THE BASILE LAW FIRM P.C.** <br> *Attorneys for Plaintiff Safety Shot, Inc.* <br><br> /s/ Waleed Amer <br> Waleed Amer, Esq. <br> 390 N. Broadway, Suite 140 <br> Jericho, New York 11753 <br> Tel.: (516) 455-1500 <br> waleed@thebasilelawfirm.com <br><br> /s/ Eric J. Benzenberg <br> Eric J. Benzenberg, Esq. <br> 390 N. Broadway, Suite 140 <br> Jericho, New York 11753 <br> Tel.: (516) 455-1500 <br> eric@thebasilelawfirm.com <br><br> /s/ Joseph F. Rose <br> Joseph F. Rose, Esq. | **STRAUSS LAW PLLC** <br> *Attorneys for Defendant Accretive Capital d/b/a Benzinga* <br><br> /s/ Jesse Strauss <br> Jesse Strauss (4182002) <br> 250 W. 85th St., Apt. 11A <br> New York, NY 10024 <br> (917) 541-8428 <br> jesse@strausslawpllc.com |

132001321v1

390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500
joe@thebasilelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2024, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Date: March 14, 2024          By: _/s/_____

132001321v1

UNIVED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFETY SHOT, INC.,<br><br>                Plaintiff,<br>v.<br><br>CAPYBARA RESEARCH; IGOR APPELBOOM; ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>                Defendants. | Case No. 1:23-cv-10728-JSR<br><br>**ORDER SETTING ASIDE DEFAULT OF ACCRETIVE CAPITAL LLC, AND DISMISSING ACCRETIVE CAPITAL LLC WITH PREJUDICE AND WITHOUT COSTS** |

      Upon stipulation of the Plaintiff and Accretive Capital LLC d/b/a Benzinga ("Benzinga"), and the Court being adequately advised in the premises:

      IT IS ORDERED that the Clerk's Certificate of Default against Benzinga, dated January 29, 2024 (ECF No. 30) be and is hereby set aside;

      IT IS FURTHER ORDERED that all claims asserted against Benzinga be and are hereby dismissed with prejudice and without costs.

      SO ORDERED.

Date: 3/18/24

                                                                                   Hon. Jed S. Rakoff<br>
                                                              UNITED STATES DISTRICT JUDGE